FILED

04/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0169

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0169

STEPHANIE MOORING, Individually, and as
Personal Representative of the ESTATE OF
ERYON BARNETT, Deceased, to specifically
include his minor son, B.J.W., and SARAH
WOOLARD, on behalf of B.J.W., a minor,
individually,

    Petitioners,

  v.

MONTANA EIGHTEENTH JUDICIAL
DISTRICT COURT, GALLATIN COUNTY,
HON. RIENNE H. McELYEA, presiding,

    Respondent.

FILED

APR 1 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R



Petitioners Stephanie Mooring, Individually, and as Personal Representative of the
Estate of Eryon Barnett, Deceased, to specifically include his minor son, B.J.W., and
Sarah Woolard, on behalf of B.J.W., a minor, individually, via counsel, seek a writ of
supervisory control to vacate an order of the Eighteenth Judicial District Court,
Gallatin County, in Cause No. DV-18-235B, that compels Mooring to produce a cell phone
for inspection and non-destructive testing to a consultant hired by the Defendants in the
underlying matter. Petitioners maintain the District Court erred in ordering Mooring to
produce the cell phone. They further request that the District Court matter be stayed
pending the resolution of this petition.

Having reviewed the Petition and the challenged Order, this Court deems it
appropriate to obtain a summary response. Therefore, in accordance with
M. R. App. P. 14(7),

IT IS ORDERED that the Eighteenth Judicial District Court and the Defendants in
that Court's Cause No. DV-18-235B, or both, are each granted twenty days from the date

of this Order, to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

IT IS FURTHER ORDERED that the portion of the District Court's April 7, 2021 order requiring production of the subject cell phone is STAYED pending this Court's decision on the Petition.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Eighteenth Judicial District Court, Gallatin County, Cause No. DV-18-235B, and the Honorable Rienne H. McElyea, presiding.

DATED this 13 day of April, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2